IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERESA M. PALMORE**                                                                 **PLAINTIFF**

v.                      Case No. 3:18-cv-00084-KGB

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is dismissed with prejudice.

So adjudged this the 29th day of August 2019.

                                                                _____
                                                                 Kristine G. Baker
                                                                United States District Judge